IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. 24-CR-472 (RDM)** |
| | * | |
| **AHMAD HARIS TAJYAR,** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

### ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the unopposed motion filed by defendant Ahmad Haris Tajyar seeking modification of release conditions, and good cause having been shown, it is **ORDERED** that the motion is **GRANTED**. The conditions of release previously imposed in this case (ECF 9 and February 6, 2025 Minute Order related to ECF 18) are modified to remove the requirements related to location monitoring set forth in condition "p" (participate in one of the following location restriction programs and comply with its requirements as directed) and conditions "q — i and iv" (submit to the following location monitoring technology and comply with its requirements as directed. "i" — location monitoring technology as directed by the Pretrial Services or supervising officer. "iv"— GPS).

_____
United States District Judge

Dated: _____, 2025